# Complaint

## United States District Court
## Eastern District of Wisconsin

ABEL ADAM SAUCEDA
    v.
HEIDI NEISEN
KYLE TOPPEL
MICHAEL VENCES
KYLE KINZER
ERIC FISH
JAVIER VEGA
CARLOS GERENA
ANTHONY BECK
NICHOLAS DORAU
JACOB THORPE
JASON KENESIE
DAVID PARO
ANDREW VALERI
EMILY GAERTNER
PATRICK PATTON

Case Number: 25-C-1759

## A. PARTIES

1) Plaintiff is a citizen of Wisconsin, and is located at Kenosha

County Detention Center, Kenosha, WI, 53144. (4777 88TH AVE)

2) Defendent Heidi Neisen works as an officer for Kenosha Police Department 1000 55 STREET, Kenosha, WI, 53140.

Defendent Kyle Toppel works as an officer for Kenosha Police Department 1000 55 STREET, Kenosha, WI, 53140

Defendent Michael Vences works as an officer for Kenosha Police Department 1000 55 STREET, Kenosha, WI, 53140

Defendent Kyle Kinzer is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Eric Fish is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Javier Vega is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Carlos Gerena, is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Anthony Beck is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Nicholas Dorau is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Jacob Thorpe is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent Jason Kenesie is Special Investigations Unit for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140

Defendent David Paro is Special Investigations Unit for Kenosha Police

Department, 1000 55 STREET, Kenosha, WI, 53140.

Defendent Andrew Valeri is an officer for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140.

Defendent Patrick Patton is Chief of Police for Kenosha Police Department, 1000 55 STREET, Kenosha, WI, 53140.

Defendent Emily Gaertner is assistant district attorney for the State of Wisconsin District Attorney Office, 912 56 STREET, Kenosha, WI, 53140.

## B. STATEMENT OF CLAIM

(*See Attachment)

On May 9 2024 at the 2700 block of Roosevelt Road in Kenosha, WI, Kenosha Police officers Heidi Niesen and Kyle Toppel initiate a traffic stop* on my vehicle with no traffic violation or probable cause setting off a chain of events that will violate my civil rights numerous more times. Toppel does nothing to intervene to prevent the illegal stop and detention by Niesen. Upon approaching the drivers window Niesen see Madeleine Prideaux driving and Im in the passenger seat and she says "I thought you were driving Mr. Revoked" and begins questioning us about someone else and asks for identification. I tell Niesen I just came from bond court and show her the papers. Toppel approaches the passenger side window and "thinks" he "maybe seen" an open intoxicant on the passenger floor. Niesen searches me. Toppel searches Prideaux. Officer Michael Vences arrives and he stands guard over Prideaux and myself while Niesen and Toppel search my vehicle. Niesen finds drug paraphenelia in the center console, she radios the Special Investigations Unit and tells them shes searching my car and found paraphenelia. Niesen finds a firearm in a box, which is in a black duffel bag on the passenger side back seat but not within my arms reach, and she immediately picks it up without changing gloves. Niesen detains me and

puts me in handcuffs at which time Prideaux tells Niesen the firearm belongs to her and she put it in there without my knowledge. Niesen searches me two more times and has Vences do two groin sweeps on me which is embarassing and makes me fear for my safety and feel violated and molested. Now SIU officers Kyle Kinzer and Eric Fish arrive followed by Carlos Gerena and Javier Vega. Vega is being trained in the SIU. Niesen goes right back to the firearm and handles it a second time still without changing gloves contaminating the evidence further. Fish wants to arrest me for the firearm for their "bigger picture" even though Prideaux has told them multiple times by this point that she takes full accountability for everything in the car because she has been the one using my car for the past day. Fish maliciously begins his narrative by asking "what can we use to link the gun to him, Im just thinking bigger picture." Im taken to jail and upon arrival Im searched by a correctional officer and put threw an x ray scanner three times in an attempt to discover contraband. None is found. They strip search me, put me in jail clothes, and place me in a dry cell and wont let me use a phone for 24 hours. Im brought to the hospital and back to the jail and strip searched again. Niesen, Toppel, Kinzer, Fish, Gerena, and Vega, bend the truth, plant evidence, with hold evidence (someone else prescription inhaler), and conspire with reckless disregard for the truth to arrest me to obtain a search warrant for my shared residence. Vences, Gerena, and Vega go to that residence, 6419 21 Ave, Kenosha, WI, 53143, and detain Robert Miller, Joshua Sutton, and two other individuals. Kinzer, Fish, Vega, Gerena, Beck, Dorau, Thorpe, Kenesie, Paro, and Valerie execute the search warrant on the residence. Those same officers then execute the search warrant on the unattached garage. No drugs or firearms are found. I was held for 38 days before my bond was posted. On June 28 2024. On November 26 2024 my public defender, Seth Johnson, met with the district attorney assigned to this case, Emily Gaertner, to point out there was no probable cause for the stop, the planting

of evidence, the withholding of evidence, the contamination of evidence, the reckless disregard for the truth, which Gaertner acknowledges but still wants to prosecute. Gaertner did nothing to intervene with the violations of my rights. Chief of Police Patrick Patton encourages his officers to find ways to come up with reasonable suspicion at stops even if there is none, violating peoples civil rights. None of these officers intervened to prevent any misconduct by the other officers violating my civil rights.

FACTS.

On May 9 2024:
1) Officers Heidi Niesen and Kyle Toppel unlawfully initiated a traffic stop with no probable cause violating my 4th Amendment Constitutional rights setting off a chain of events that further violate my rights making me fear for my safety and causing me intentional emotional distress.
2) Officer Kyle Toppel fails to intervene to prevent Niesen from unlawfully stopping my car with no probable cause violating my 4th Amendment Failure to intervene Consitutional rights and make me fear that police can stop people for no reason.
3) Niesen sees its Prideaux driving and says to me "I thought you were driving Mr Revoked" and begins questioning us then asks for identification violating my 4th Amendment unlawful seizure and unlawful detainment constitutional rights making me fear for my safety and fear that police can seize and detain me for no reason.
4) Niesen searches me violating my 4th Amendment Constitutional Rights and makes me fear I may never be let go and the police can do anything they want causing emotional distress.
5) Toppel does nothing to intervene to prevent Niesen unlawful extension of the stop violating

my 4th Amendment constitutional rights against unlawful detention and unlawful seizure.

6) Toppel does nothing to intervene to prevent Niesens unlawful search of myself violating my 4th Amendment failure to intervene constitutional rights.

7) Toppel searches Prideaux violating her 4th Amendment Constitutional rights.

8) Niesen searches my vehicle violating my 4th Amendment Constitutional rights against illegal searches, and again makes me fear for my freedom and safety and privacy.

9) Toppel searches my vehicle violating my 4th Amendment Constitutional rights against illegal searches causing me fear and emotional distress.

10) Niesen does nothing to intervene to prevent Toppels unlawful search of my vehicle violating my 4th Amendment "failure to intervene" constitutional rights.

11) Niesen detains me and puts me in handcuffs violating my 4th Amendment Constitutional rights.

12) Toppel does nothing to intervene to prevent Niesens detainment violating my 4th Amendment failure to intervene constitutional rights.

13) Vences does nothing to intervene to prevent the unlawful search of my vehicle violating my 4th Amendment failure to intervene constitutional rights.

14) Niesen searches me violating my 4th Amendment Constitutional rights.

15) Vences performs two groin sweeps on me causing me embarassment and mental anguish as well as violating my 4th Amendment Constitutional rights to be free of illegal searches.

16) Toppel does nothing to intervene to prevent the two groin sweeps when Niesen asks Vences to perform them, violating my 4th Amendment failure to intervene constitutional right.

17) Kinzer plants evidence with reckless disregard for the truth to link me to a gun violating my 4th Amendment Constitutional rights causing me fear and emotional distress. Due process, and 4th Amendment Constitutional rights to due process.

18) Im illegaly arrested and brought to Kenosha County Jail by Vences violating my 4TH and 14Th Amendment Civil rights of Due process. This causes me emotional trauma and fear. (24CF726)

19) Im searched by KCJ correctional officers violating my 4Th Amendment Constitutional rights to be free of illegal searches.

20) Im put threw an X-ray scanner three times in an attempt to discover contraband violating my 4Th Amendment Constitutional rights three more times causing me mental anguish and fear because Im supposed to be free of illegal searches.

21) Im strip searched and put in to jail clothes violating my 4Th Amendment Constitutional rights to be free of illegal searches.

22) Vega searches my car violating my 4Th Amendment Constitutional rights to be free of illegal searches.

23) Kinzer searches my car violating my 4Th Amendment Constitutional rights to be free of illegal searches.

24) Vega searches the shoebox violating my 4Th Amendment Constitutional rights to be free of illegal searches.

25) Fish searches the shoebox violating my 4Th Amendment Constitutional rights to be free of illegal searches.

26) Fish with holds evidence, a prescription inhaler with someone elses name on it is found in the black duffel bag and would link the contents and firearm to someone else but its never reported or inventoried, you just hear him say " I was hoping the prescription was... I was hoping." This violates my 4Th and 14Th Amendment Constitutional right to due process and malicous prosecution.

27) Kinzer conspires to violate my 4Th and 14Th Amendment Constitutional rights to Due Process to illegaly obtain a search warrant of my residence with

reckless disregard for the truth. Residence 6419 21 AVE, Kenosha, WI, 53143.

28) Fish conspires with reckless disregard for the truth and malicous intent to illegaly obtain a search warrant of my residence violating my 4th and 14th Amendment Constitutional right to Due Process. Residence 6419 21 AVE, Kenosha, WI, 53143.

29) Gerena conspires with reckless disregard for the truth and malicous intent to illegaly obtain a search warrant of my residence violating my 4th and 14th Amendment Constitutional right to Due Process. Residence 6419 21 AVE, Kenosha, WI, 53143.

30) Vega conspires with reckless disregard for the truth and malicous intent to illegaly obtain a search warrant of my residence violating my 4th and 14th Amendment Constitutional right to Due Process. Residence 6419 21 AVE, Kenosha, WI, 53143.

31) Niesen conspires with reckless disregard for the truth and malicous intent to illegaly obtain a search warrant of my residence violating my 4th and 14th Amendment Constitutional right to Due Process. Residence 6419 21 AVE, Kenosha, WI, 53143.

32) Kinzer fails to intervene to prevent violations of my civil rights by the other officers making me fear for my safety and causing mental anguish and violating my 4th Amendment failure to intervene Constitutional rights. (failure to prevent conspiring)

33) Fish fails to intervene to prevent violations of my civil rights by the other officers causing mental anguish and violating my 4th Amendment failure to intervene Constitutional rights. (Conspiring to obtain search warrant)

34) Gerena fails to intervene to prevent violations of my civil rights by the other officers causing mental anguish and violating my 4th Amendment failure to intervene Constitutional rights. (failure to prevent conspiring)

35) Vega fails to intervene to prevent violations of my civil rights by the other officers causing mental anguish and violating my 4th Amendment failure to intervene Constitutional rights. (failure to prevent conspiring)

36) Niesen fails to intervene to prevent violations of my civil rights by the other officers causing mental anguish and violating my 4th Amendment failure to intervene Constitutional rights. (failure to prevent conspiring)

37) Toppel fails to intervene to prevent violations of my civil rights by the other officers causing mental anguish and violating my 4th Amendment failure to intervene Constitutional rights. (failure to prevent conspiring)

38) Kinzers planted evidence and Fishs with held evidence are maliciously used with reckless disregard for the truth to illegaly obtain a search warrant for my shared residence violating my 4th and 14th Amendment Constitutional rights of Due Process. Residence of 6419 21 AVE, Kenosha, WI, 53143.

39) Kinzers planted evidence and Fishs with held evidence are maliciously used with reckless disregard for the truth to illegaly obtain a search warrant for the unattached garage violating my 4th and 14th Amendment Constitutional rights of Due Process. Garage of Residence 6419 21 AVE, Kenosha, WI, 53143.

40) Kinzer executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional right to be free of illegal searches.

41) Beck executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional right to be free of illegal searches.

42) Fish executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional rights to be free of illegal searches.

43) Gerena executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional rights to be free of illegal searches.

44) Dorau executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional rights to be free of illegal searches.

45) Thorpe executes the search warrant of my residence, 6419 21 AVE, violating my 4th

Case 2:25-cv-01759-SCD    Filed 11/10/25    Page 9 of 15    Document 1
9 of 14

Amendment Constitutional rights to be free of illegal searches.

46) Kenesie executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional rights to be free of illegal searches.

47) Paro executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional rights to be free of illegal searches.

48) Valerie executes the search warrant of my residence, 6419 21 AVE, violating my 4th Amendment Constitutional rights to be free of illegal searches.

49) Kinzer executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

50) Fish executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

51) Gerena executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

52) Beck executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

53) Dorau executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

54) Thorpe executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

55) Kenesie executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

56) Paro executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

57) Valerie executes the search warrant of the unattached garage of 6419 21 AVE violating my 4th Amendment Constitutional rights to be free of illegal searches.

58) Kinzer fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

59) Fish fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

60) Gerena fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

61) Beck fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

62) Dorau fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

63) Thorpe fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

64) Kenesie fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional rights.

65) Paro fails to intervene to prevent the illegal search and seizure of my residence and unatted garage violating my 4th Amendment failure to intervene Constitutional rights.

66) Valerie fails to intervene to prevent the illegal search and seizure of my residence and unattached garage violating my 4th Amendment failure to intervene Constitutional

rights.

67) Im illegaly held for 38 days before I can post bond violating my 4Th and 14Th Amendment Constitutional rights of Due Process, causing me emotional anguish, suffering, and causing duress for my children and I as I fear for my safety.

68) On November 26 2024 my public defender, Seth Johnson, meets with State of Wisconsin District Attorney Emily Gaertner and goes over the body cam footage from the stop and she acknowledges there was no probable cause for the traffic stop that initiated this chain of events, she is also shown the planting of evidence, the with holding of evidence and contamination of evidence but still wants to prosecute it because she says "I've seen worse", this makes me fear for my safety and causes me mental anguish also violating my 4Th and 14Th Amendment Constitutional rights of Due Process and malicous prosecution.

69) Gaertner doesnt intervene to prevent any further violations of my 4Th and 14Th Amendment Constitutional rights violating my 4Th Amendment failure to intervene Constitutional rights, and my constitution right to Due Process of the 4Th and 14Th Amendment.

70) Chief of Police Patrick Patton encourages his officers to find ways to come up with reasonable suspicion at stops violating peoples civil rights. He has no policy in place to prevent the violations of citizens civil rights by officers.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

## D. RELIEF WANTED

Award compensatory damages in the amount of $500,000.00 against each defendent both in their individual and official capacities for each seperate violations of my civil rights and pain and suffering.

Award punitive damages in the amount of $750,000.00 against each defendent both in their individual and official capacities for each seperate violation of my civil rights and pain and suffering.

Award monetary damages in the amount of $900,000.00 against each defendent both in their individual and official capacities for each seperate violation of my civil rights, pain and suffering, court costs and fees associated with this action.

Award declaRatory relief.

Any damages proportioned lower than requested would have a very meager deterrant effect, would fail to signal to authorities that savage treatment of citizens will not be tolerated, and would not be commensurate with the moral gravity of the defendents actions.

E. JURY DEMAND
I want a jury to hear my case. ☒ -YES

I declare under penalty of perjury that the foregoing is true and correct. Complaint signed this 6th day of NOVEMBER, 2025.

Respectfully Submitted,
Abel Jauceda

ABEL SAUCEDA
6308 11th AVE.
KENOSHA, WI
53143

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE.

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

Case 2:25-cv-01759-SCD    Filed 11/10/25    Page 14 of 15    Document 1
14 of 14

# ATTACHMENT FROM PAGE 3

\* Niesen initiates the traffic stop by activating her emergency lights and briefly activating her siren. Upon exiting her squad car she yells to Prideaux to turn the car off. Prideaux complies with that command and then Niesen and Toppel approach, one officer on each side of the vehicle. Niesens emergency lights are on during this whole incident. At no time did I think I was free to leave, walk away, or end this encounter. At no time did Niesen say or insinuate that I was free to leave, or that the reason for the stop was satisfied, ending the seizure of myself or my vehicle. A second squad with its emergency lights activated pulls in front of my vehicle blocking it in. Niesen and Toppel then return to her squad to run our names. At that time Toppel offers "I think I maybe seen an open twisted tea on the passenger floor" to which Niesen replies, "Thats how we get in there, lets go look." They search us and the car.